Clarence MILLER, Plaintiff-Appellant,

v.

Sgt Kimberly GARVIN, a/k/a Kimberly Garvin; DHO Mr. Ernest Rowe, Defendants-Appellees,

and

Dennis Patterson, Region 2 Deputy Director; Warden Mr. Stevenson, Defendants.

No. 16-6604

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 22, 2017

Clarence Scott Miller, Appellant Pro Se. Carmen Vaughn Ganjehsani, RICHARD-SON PLOWDEN, Columbia, South Carolina, and Drew Hamilton Butler, RICH-ARDSON PLOWDEN, Charleston, South Carolina, for Appellees.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Scott Miller appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Miller's 42 U.S.C. § 1983 motion for failure to comply with a discovery order and for lack of prosecution under Fed. R. Civ. P. 37 & 41. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miller v. Garvin*, No. 6:15-cv-00108-TMC, 2016 WL 879298 (D.S.C. Mar. 8, 2016). We deny Miller's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*